UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 20-05666-JVS (DFM) | Date: | October 29, 2020 |
|---|---|---|---|
| Title | Roger Douglas v. R.C. Johnson | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On September 10, 2020, the Court ordered Petitioner to demonstrate, within twenty-eight (28) days, how he meets the three requirements under Rhines v. Weber, 544 U.S. 269 (2005) that would entitle him to stay while he exhausted state remedies. See Dkt. 6. Now, nearly six weeks later, the Court has not received anything from Petitioner.

Petitioner is ORDERED to show cause in writing within fourteen (14) days why this action should not be dismissed for failure to prosecute and because the Petition is mixed. See Coleman v. Thompson, 501 U.S. 722, 731 (1991) (explaining that "state prisoner's federal habeas petition should be dismissed if the prisoner has not exhausted available state remedies as to any of his federal claims"). Either voluntarily dismissing his unexhausted claims or explaining how he meets the Rhines factors would be sufficient to discharge this OSC.