JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROGER DOUGLAS, | Case No. CV 20-05666-JVS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| R.C. JOHNSON, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is dismissed as mixed and for failure to prosecute, and this action dismissed without prejudice.

Date: December 17, 2020

_____
JAMES V. SELNA
United States District Judge